|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER,<br><br>   Plaintiff,<br><br>v.<br><br>TANI CANTIL-SAKAUYE, et al.,<br><br>   Defendants. | CASE: 3:21-CV-00219-DMS-MSB<br><br>**ORDER EXTENDING TIME TO RESPOND** |

The Stipulation to Extend Time to Respond to Initial Complaint by not More than 30 Days filed by Plaintiff and Defendants the Honorable Tani Cantil-Sakauye, Chief Justice of California; the Honorable Carol A. Corrigan, the Honorable Goodwin H. Liu, the Honorable Leondra Kruger, the Honorable Mariano-Florentino Cuéllar, Associate Justices of the Supreme Court of California; the Honorable Dennis M. Perluss, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Seven; the Honorable John L. Segal, Justice of the California Court of Appeal, Second Appellate District, Division Seven; the Honorable Gregory W. Alarcon, the Honorable Mitchell L. Beckloff, the Honorable Mark C. Kim, Judges of the Superior Court of California, County of Los Angeles; and Sarah L. Overton is hereby **GRANTED**.

The new response date is **June 11, 2021.**

**IT IS SO ORDERED.**

Dated: May 28, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court