# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER, <br><br> Plaintiff, <br><br> v. <br><br> TANI CANTIL-SAKAUYE, et al., <br><br> Defendants. | CASE: 3:21-CV-00219-DMS-MSB <br><br> **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

The Further Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff and Defendants the Honorable Tani Cantil-Sakauye, Chief Justice of California; the Honorable Carol A. Corrigan, the Honorable Goodwin H. Liu, the Honorable Leondra Kruger, the Honorable Mariano-Florentino Cuéllar, Associate Justices of the Supreme Court of California; the Honorable Dennis M. Perluss, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Seven; the Honorable John L. Segal, Justice of the California Court of Appeal, Second Appellate District, Division Seven; the Honorable Gregory W. Alarcon, the Honorable Mitchell L. Beckloff, the Honorable Mark C. Kim, Judges of

the Superior Court of California, County of Los Angeles; and Sarah L. Overton is hereby granted. The new response date is June 25, 2021.

**IT IS SO ORDERED.**

Dated: June 9, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court